THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOSEPH DE VORE, THOMAS TOBIN, ROBERT WALSH
and LOUIS BOY, Appellants.

(Argued November 30, 1931; decided January 5, 1932.)

*James D. C. Murray, Paul L. Corwin* and *Jacob J.
Sachs* for Joseph De Vore, appellant.

*Edward J. Reilly* for Thomas Tobin, appellant.

*Keyes Winter, Joseph Steinberg* and *A. Edward Mosko-
witz* for Robert Walsh, appellant.

*Herman Hoffman* and *Frank P. Catinella* for Louis
Boy, appellant.

*Thomas C. T. Crain, District Attorney* (*Robert C. Taylor*
of counsel), for respondent.

Judgment of conviction affirmed as to each defendant;
no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, O'BRIEN
and HUBBS, JJ. KELLOGG, J., dissents as to the defend-
ant Boy on the ground that the witness Roland was an
accomplice as matter of law. Not sitting: CRANE, J.